1  **HUMPHREY & PETERSEN, P.C.**                              file#18006.0001/1250
        3861 E. THIRD STREET
2       TUCSON, ARIZONA 85716
        TELEPHONE: 795-1900
3
   Marshall Humphrey, III, State Bar No. 5098
4  Andrew J. Petersen, State Bar No. 016699
        Attorneys for Defendant LVNV
5

6                  IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF ARIZONA
7

8  BRADLEY SWINSON, an individual,      )
                                        )      NO.: 2:08 CV 01635 PHX DGC
9            Plaintiff,                 )
                                        )
10 vs                                   )      **ANSWER**
                                        )
11 LVNV FUNDING, LLC; GUGLIELMO         )
   AND ASSOCIATES, LLC, an Arizona      )
12 limited liability company; PAUL D.   )
   GUGLIELMO, a licensed Arizona        )
13 attorney,                            )
                                        )
14           Defendants.                )
   _____        )
15

16      Defendant LVNV Funding, LLC answers Plaintiff's Complaint:

17                              PARTIES

18      1. Admit.

19      2. Denied.

20      3. Defendant LVNV admits that it is engaged in the collection of consumer debt

21 which it typically acquires from the original creditor after charge off.  Defendant LVNV

22 admits that it does not extend credit to consumers. Defendant LVNV denies the remaining

23 allegations.

24      4. Denied.

25      5. Denied.

6. Denied.

7. Denied.

8. Admit.

9. Admit only that Defendant Guglielmo created procedures and policies, but deny any FDCPA violations here.

10. Admit.

11. Admit.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

JURISDICTION AND VENUE

16. Admit that jurisdiction and venue are proper.

STATEMENT OF PREDICATE FACTS

17. Admit.

18. Admit.

19. This Defendant is without sufficient knowledge or information to admit or deny the allegations of Paragraph 19. Therefore, it is denied.

20. This Defendant is without sufficient knowledge or information to admit or deny the allegations of Paragraph 20 Therefore, it is denied.

21. This Defendant is without sufficient knowledge or information to admit or deny the allegations of Paragraph 21. Therefore, it is denied.

22. This Defendant is without sufficient knowledge or information to admit or deny the allegations of Paragraph 22. Therefore, it is denied.

| | |
|---|---|
| 1 | FDCPA CLAIMS |
| 2 | 23. Admit. |
| 3 | 24. Admit. |
| 4 | 25. Admit. |
| 5 | 26. Admit. |
| 6 | 27. Admit. |
| 7 | 28. Denied. |
| 8 | 29. Denied. |
| 9 | 30. Denied. |
| 10 | 31. Denied. |
| 11 | 32. Admit. |
| 12 | 33. This Defendant is without sufficient knowledge or information to admit or deny |
| 13 | the allegations of Paragraph 33. Therefore, it is denied. |
| 14 | CAUSES OF ACTION – FDCPA VIOLATIONS |
| 15 | 34. Defendant realleges its answers set forth above. |
| 16 | 35. Denied. |
| 17 | 36. Any allegation of Plaintiff's Complaint to which there is no response is deemed |
| 18 | denied. |
| 19 | 37. As affirmative defenses, this Defendant alleges: failure to state a claim; |
| 20 | Defendant complied with applicable provisions of state and federal law; that any violations |
| 21 | of FDCPA, if they occurred, were the result of a bona fide error, and that Defendant has |
| 22 | procedures in place to ensure that such violations do not occur; Defendant alleges all of the |
| 23 | affirmative defenses set forth in the FDCPA including 15 U.S.C. §1692K(e); the debt may |
| 24 | not be a consumer debt, but rather a debt incurred for business or other reasons not covered |
| 25 | |

by the FDCPA (see *Bloom v. I.C. System, Inc.*, 972 F.2d 1067 (9th Cir. 1992)); lack of damages; reasonable reliance on information relative to Plaintiff obtained from reliable and appropriate sources; litigation privilege and immunity.

WHEREFORE, Defendant requests that Plaintiff take nothing by his Complaint; it requests judgment in its favor to include costs, fees and such other and further relief as the court deems proper.

DATED this 30TH day of September, 2008.

HUMPHREY & PETERSEN, P.C.

BY: s/Andrew J. Petersen
MARSHALL HUMPHREY, III
ANDREW PETERSEN
Attorneys for Defendant LVNV

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2008, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Groves
4045 E. Union Hills Drive, Suite 126
Phoenix AZ 85050
Attorney for Plaintiff

s/Andrew J. Petersen

_____
H:\MHFILES\180061\ANSWER.wpd

4